RECEIVED
August 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____MC_____
DEPUTY

FILED
August 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:\_\_\_\_\_Javier Martinez\_\_\_\_
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**El PASO DIVISION**

| | |
|---|---|
| **MABEL ARREDONDO,** § § § § **Plaintiff,** § § **v.** § § **MV REALTY PBC, LLC, a Florida** § **Limited Liability Company,** § § **Defendants.** § § | **EP-22-CV-00221-DG** |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant MV Realty PBC, LLC was served with the Summons and Complaint in this action on or about June 28, 2022, and the time for Defendant to appear, answer or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that Plaintiff, Mabel Arredondo, recover from the Defendants the sum of $2,000.00, the amount claimed, amounting in all to $2,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that Plaintiff has execution, therefore.

_____
Deputy Clerk of Court
United States District Court

JUDGMENT ENTERED THIS \_5th\_ DAY OF \_\_August\_\_, 2022.