## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MABEL ARREDONDO,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **EP-22-CV-00221-DCG** |
| **MV REALTY PBC, LLC,** | § § § | |
| *Defendant.* | § § § | |

## ORDER TO CLOSE CASE

On August 8, 2022, the District Clerk issued "Judgment for Sum Certain by Default" (ECF No. 7). In view thereof, the Court **DIRECTS** the District Clerk to **CLOSE** this case.

**So ORDERED and SIGNED this 15th day of August 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**